**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

| | |
|---|---|
| GEORGE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| AD ASTRA RECOVERY SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692, Defendant Ad Astra Recovery Services Inc. ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *George Jones v. Ad Astra Recovery Services, Inc.*, Case No. 2015-cv-000182-TO, from the District Court of Sedgwick County, Kansas, Civil Division ("State Court Action") to the United States District Court for the District of Kansas. In support of removal, Defendant, by and through its attorneys, states as follows:

1. On March 9, 2015, Defendant received a copy of Plaintiff's Summons and Complaint. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto as **Exhibit A**.

2. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within 30 days after Defendant's receipt of the Complaint.

3. Plaintiff's Complaint purports to set forth a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

4.      This action may be removed by Defendant pursuant to 28 U.S.C. § 1441(a) because it presents a federal question and this Court has original federal question jurisdiction as set forth in 28 U.S.C. § 1331.

5.      Concurrent with the filing of this Notice of Removal, written notice of its filing is being served pursuant to 28 U.S.C. § 1446(d) upon Plaintiff's counsel, and a true and accurate copy of this Notice of Removal is also being filed with the Court Administrator of the District Court of Sedgwick County, Kansas as required.

6.      By filing this Notice of Removal, Defendant does not make any admission of fact, law or liability, and expressly reserves all defenses and motions otherwise available to it.

WHEREFORE, Defendant requests that further proceedings in the District Court of Sedgwick County, Kansas, Civil Division, Case No. 2015-cv-000182-TO, be discontinued and that this action be removed in its entirety to the United States District Court for the District of Kansas, which will then assume full jurisdiction over this cause of action.

| | |
|---|---|
| Dated:  March 23, 2015 | ROUSE HENDRICKS GERMAN MAY PC |
| | By:  /s/  Catherine D. Singer |
| | Brandon J.B. Boulware  MO Bar #: 54150 |
| | Catherine D. Singer       MO Bar #: 66231 |
| | 1201 Walnut, Suite 2000 |
| | Kansas City, MO  64106 |
| | Tele:  (816) 471-7700 |
| | Fax:   (816) 471-2221 |
| | Email: BrandonB@rhgm.com |
| | Email: CatherineS@rhgm.com |
| | |
| | Michael S. Poncin (*Pro Hac will be filed*) |
| | MOSS & BARNETT |
| | 150 S. Fifth Street, Suite 1200 |
| | Minneapolis, MN 55402 |
| | Tele:   (612) 877-5000 |
| | Fax:    (612) 877-5999 |
| | Email:  mike.poncin@lawmoss.com |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case, with a courtesy copy transmitted by email and U.S. Mail, first class postage prepaid, to:

Bryce B. Bell, Esq.
2029 Wyandotte St.
Suite 100
Kansas City, MO 64108

*Attorney for Plaintiff*

                                                /s/  Catherine D. Singer
                                              *Counsel for Defendant*