**IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| GEORGE JONES | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:15-cv-01088-EFM-JPO |
| | ) | |
| vs. | ) | |
| | ) | |
| AD ASTRA RECOVERY SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINITFF'S VOLUNTARY DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT WITHOUT PREJUDICE**

Plaintiff George Jones, by and through counsel Bryce B. Bell of Bell Law, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses all claims made herein by Plaintiff against defendant Ad Astra Recovery Services, Inc., without prejudice. Defendant has neither answered Plaintiff's Petition for Damages, nor filed a Motion for Summary Judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

*/s/ Bryce B. Bell*
Bryce B. Bell          KS # 20866
Bell Law, LLC
2029 Wyandotte, Ste. 100
Kansas City, Missouri 64108
Telephone: 816-221-2555
Facsimile: 816-221-2508
Bryce@BellLawKC.com
***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of April, 2015, a true and correct copy of the foregoing was electronically filed with this Court and a copy served through the Court's electronic filing system to all counsel of record in this matter.

By:    <u>*/s/ Bryce B. Bell*</u>
Attorney for Plaintiff
